IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GUY CARPENTER & COMPANY, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:22-cv-01819-X |
| HOWDEN REINSURANCE BROKERS LIMITED, HOWDEN REINSURANCE BROKERS (US) LLC | § § § § § | |
| Defendants. | § § | |

**DEFENDANTS HOWDEN REINSURANCE BROKERS LIMITED AND
HOWDEN REINSURANCE BROKERS (US), INC.'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Howden Reinsurance Brokers Limited ("Howden UK") and Howden Reinsurance Brokers (US), Inc.[1] ("Howden US") (collectively ("Howden")) file this Motion to Dismiss Plaintiff Guy Carpenter & Company, LLC's ("Plaintiff" or "Guy Carpenter") Original Complaint and state as follows:

### I. MOTION TO DISMISS

Plaintiff brings five claims against Howden for: 1) tortious interference with contract; 2) knowing participation in breach of fiduciary duties; 3) trade secret misappropriation under the Defend Trade Secrets Act ("DTSA"); 4) trade secret misappropriation under the Texas Uniform Trade Secrets Act ("TUTSA"); and 5) civil conspiracy. Howden seeks dismissal of all of Guy Carpenter's claims against Howden UK and Howden US for the reasons set forth below:

---

[1] Plaintiff named Howden Reinsurance Brokers (US) LLC as a defendant in this suit. This entity converted to Howden Reinsurance Brokers (US), Inc. on July 29, 2022.

### A. *Tortious Interference with Contract – Count 1*

Howden seeks dismissal of Guy Carpenter's claims against it for tortious interference with contract to the extent that Guy Carpenter's claim is preempted by TUTSA; because the contractual provisions with which Howden allegedly interfered are invalid; and because Guy Carpenter relies on vague and conclusory allegations insufficient to withstand a motion to dismiss.

### B. *Knowing Participation in Breach of Fiduciary Duties – Count 2*

Howden seeks dismissal of Guy Carpenter's claims against it for knowing participation in breach of fiduciary duties because Guy Carpenter has failed to plead an underlying breach of fiduciary duties; and because Guy Carpenter relies on vague and conclusory allegations insufficient to withstand a motion to dismiss

### C. *Trade Secret Misappropriation Claims – Count 3 and 4*

Howden seeks dismissal of the DTSA and TUTSA claims against it for misappropriation of trade secret information because Guy Carpenter has failed to include allegations sufficient to allow the Court to identify that the information at issue could qualify as trade secret information as required by the statutes; because Guy Carpenter has failed to include allegations sufficient to allow the Court to infer that Guy Carpenter took reasonable measures to protect the information at issue; and because Guy Carpenter has failed to include allegations sufficient to allow the Court to infer that Howden misappropriated any information at issue.

### D. *Civil Conspiracy – Count 5*

Howden seeks dismissal of Guy Carpenter's claims against it for civil conspiracy to the extent that Guy Carpenter's claim is preempted by TUTSA; because the underlying torts of breach of fiduciary duty and tortious interference with contract fail; and because a claim based on an alleged conspiracy between a corporation and its agents fails as a matter of law.

## II. Brief In Support

Howden has contemporaneously filed its Brief in Support of Motion to Dismiss containing additional support for the instant Motion to Dismiss.

## III. Prayer

For the reasons set forth above and in the Brief in Support of Motion to Dismiss, Plaintiff fails to state claims against Howden upon which relief may be granted. Howden respectfully requests that the Court grant its Motion to Dismiss and dismiss Plaintiff's claims in their entirety. Howden further requests all such other relief to which it has shown itself entitled.

Respectfully Submitted,

*/s/ Ann Marie Arcadi*
Ann Marie Arcadi
State Bar No. 00786994
annmarie.arcadi@arcadijackson.com
T. Gregory Jackson
State Bar No. 24004718
greg.jackson@arcadijackson.com
John M. Farrell
State Bar No. 24059735
john.farrell@arcadijackson.com

Arcadi Jackson, LLP
2911 Turtle Creek Blvd., Suite 800
Dallas, Texas 75219
Telephone: 214-865-6458
Facsimile: 214-865-6522

**ATTORNEYS FOR DEFENDANTS HOWDEN REINSURANCE BROKERS LIMITED AND HOWDEN REINSURANCE BROKERS (US), INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of September, 2022, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

    Karl G. Nelson
    KNelson@gibsondunn.com
    Collin D. Ray
    CDRay@gibsondunn.com

    GIBSON, DUNN & CRUTCHER LLP
    2001 Ross Avenue, Suite 2100
    Dallas, Texas 75201
    Telephone: 214-698-3100
    Facsimile: 214-571-2900

                                                 */s/ John M. Farrell*
                                                 John M. Farrell